IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MID-ISLAND MORTGAGE CORPORATION, )
et al.,                                                    )
           Plaintiffs,                              )
                                      )
        v.                                                    )      1:24-cv-2357 (LMB/WEF)
                                      )
SECRETARY OF DEPARTMENT OF                )
   HOUSING AND URBAN DEVELOPMENT, )
et al.,                                                    )
           Defendants.                            )

ORDER

On December 23, 2025, a magistrate judge issued a Report and Recommendation ("Report") in which he recommended granting plaintiffs Mid-Island Mortgage Corporation and Trustee Services of Virginia, LLC's Motion for Entry of a Default Judgment against defendants Guillermo Moises Tapia Cooper ("Cooper") and Sheila Berenice Vasquez Chuquija ("Chuquija"), who defaulted on a purchase-money mortgage loan for a property located at 13213 Kephart Lane, Woodbridge, Virginia 22193 ("Property") to which defendant Zoning Administrator of Prince William County has two judgment liens and defendant Department of Housing and Urban Development ("HUD") has a junior lien. The Report provided that any objection to the Report had to be filed within 14 days of service of the Report. As of March 31, 2026, no objections had been filed to the Report and no party has requested additional time to file an objection.

The Court has carefully reviewed the very thorough 17-page Report in which the magistrate judge correctly found that the Court has subject matter jurisdiction over the claims and personal jurisdiction over the parties, that venue is proper in this district, and that defendants Cooper and Chuquija, the debtors on the mortgage at issue, were properly served on March 15,

2025, and March 8, 2025, respectively, but have failed to respond to the Complaint and are therefore in default. Finding that the Report has cited to accurate legal authority and made all necessary factual findings, the Court ADOPTS the entire Report [Dkt. No. 42] as its findings of fact and conclusions of law. On the basis of the Report, plaintiffs' Motion for Entry of a Default Judgment [Dkt. No. 38] is GRANTED, and it is hereby

ORDERED that a judicial sale of the Property is appropriate; and it is further

ORDERED that by May 4, 2026, plaintiffs and defendants HUD and Zoning Administrator of Prince William County submit to the Court their proposed order in which they identify who will serve as the Special Commissioner for purposes of the judicial sale of the Property as well as the Special Commissioner's duties, including any and all notices that must be provided to the Court (e.g., pre-sales contract summary of efforts to market the Property and offers to purchase the Property, post-closing report on the distribution of sale proceeds and release of liens) and all approvals that must be obtained from the Court before taking certain actions with respect to the Property (e.g., approval of the recommended purchase offer, list of liens and priorities, proposed settlement statement, Special Commissioner's commission).

Upon the completion of the sale and the disbursement of the sales proceeds, the two remaining defendants in this civil action, M. Richard Epps and Darrell A. Drinkwater, will be dismissed from this action, which will be closed by the Clerk.

The Clerk is directed to forward copies of this Order to counsel of record and to defendants Guillermo Moises Tapia Cooper and Sheila Berenice Vasquez at 13213 Kephart Lane, Woodbridge, Virginia 22193.

Entered this 2ᵗʰ day of April, 2026.

Alexandria, Virginia

_____/s/ _____
Leonic M. Brinkema
United States District Judge

2